# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **TERRY WASHINGTON** | **CIVIL ACTION NO.** |
| **VERSUS** | **JUDGE** |
| **EAST BATON ROUGE PARISH SCHOOL BOARD** | **MAGISTRATE JUDGE** |

## NOTICE OF REMOVAL

TO:   Jill L. Craft
       W. Brett Conrad, Jr.
       Kaitlin A. Wall
       Jill L. Craft, Attorney at Law, LLC
       329 St. Ferdinand Street
       Baton Rouge, LA  70802

PLEASE TAKE NOTICE that, with a full reservation of rights and defenses, named, the East Baton Rouge Parish School Board ("Defendant"), designated as a Defendant in the proceeding entitled *Terry Washington v. East Baton Rouge Parish School Board*, bearing docket number C-705017 in the 19th Judicial District Court, Parish of East Baton Rouge, State of Louisiana, hereby files in the United States District Court for the Middle District of Louisiana, this Notice of Removal to effect the removal of this action to the United States District Court for the Middle District of Louisiana, in accordance with 28 U.S.C. §1441.

Copies of this Notice of Removal are herewith served upon you as counsel of record for Terry Washington, and a copy of said Notice of Removal is being filed with the Clerk of the aforesaid state court, in conformity with 28 U.S.C. §1446(d).

Defendant respectfully represents that the grounds for removal are as follows:

- 1 -

1.

On or about February 24, 2021, a Petition for Damages ("Petition") and Verification were filed by Plaintiff Terry Washington. Plaintiff's Petition is now pending in the 19th Judicial District Court, Parish of East Baton Rouge, State of Louisiana, and bears docket number C-705017.

2.

In the Petition, Plaintiff asserts, among other allegations, violations of the Age Discrimination in Employment Act, 29 U.S.C. §623(d). Plaintiff alleges that he was subjected to age-based harassment/discrimination and retaliation and ultimately faced constructive discharge.

3.

Defendant was served with Plaintiff's Petition on March 9, 2021. A copy of Plaintiff's Petition and Verification is attached as Exhibit 1 and incorporated herein by reference as required by 28 U.S.C. §1446(a). Thirty days have not elapsed since Defendant was served with the Petition.

4.

As required by 28 U.S.C. §1446(a), filed herewith are copies of all process and pleadings in the state court proceeding. Upon information and belief, no other pleadings have been filed in the state court action, other than those attached hereto.

5.

The above-described action is a civil action of which this Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1331, in that Plaintiff asserts in the Petition a claim arising under federal law. Consequently, this action is removable to this Court pursuant to 28 U.S.C. § 1441(a).

6.

Furthermore, this Court has supplemental jurisdiction over Plaintiff's other claims under state law pursuant to 28 U.S.C. § 1367(a) because Plaintiff's state law claims are so related to his

claims under federal law that they form part of the same case or controversy under Article III of the United States Constitution. Notably, Plaintiff alleges claims arising under Louisiana Employment Discrimination Law, La. R.S. 23:301, *et seq.,* under the same common nucleus of facts as though alleged to support his ADEA claim.

7.

Promptly after notice of this removal is filed, written notice thereof will be given to all parties and adverse parties, and a copy of this Notice of Removal will be filed with the Clerk of the aforesaid state court to effect the removal of the civil action to this Honorable Court as provided by law.

WHEREFORE, Defendant, East Baton Rouge Parish School Board, prays that this Notice of Removal be accepted as good and sufficient, that the aforesaid Petition be removed from state court to this Honorable Court for trial and determination as provided by law, and that this Court enter such orders and issue such process as may be proper to bring before it copies of all records and proceedings in said civil action from said state court and thereupon proceed with this civil action as if it had originally been commenced in this Court.

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY:   /s/ Michael B. Victorian
Shelton Dennis Blunt, Bar Roll No. 21230
Monica M. Vela-Vick, Bar Roll No. 34803
Michael B. Victorian, Bar Roll No. 36065
II City Plaza | 400 Convention Street, Suite 1100
Baton Rouge, Louisiana 70802
Telephone: 225 346 0285
Facsimile: 225 381 9197
Email: dennis.blunt@phelps.com
Email: monica.vela-vick@phelps.com
Email: michael.victorian@phelps.com

ATTORNEYS FOR DEFENDANT EAST BATON ROUGE PARISH SCHOOL BOARD

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing *Notice of Removal* has been served upon all counsel of record via e-mail and/or U.S. Mail, postage paid, this 7th day of April, 2021.

Jill L. Craft
W. Brett Conrad, Jr.
Kaitlin A. Wall
Jill L. Craft, Attorney at Law, LLC
329 St. Ferdinand Street
Baton Rouge, LA  70802
jcraft@craftlaw.net
bconrad@craftlaw.net
kwall@craftlaw.net

  /s/ Michael B. Victorian

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **TERRY WASHINGTON** | **CIVIL ACTION NO.** |
| **VERSUS** | **JUDGE** |
| **EAST BATON ROUGE PARISH SCHOOL BOARD** | **MAGISTRATE JUDGE** |

## PROOF OF SERVICE

Michael B. Victorian, an attorney in the firm of Phelps Dunbar, L.L.P., counsel for the East Baton Rouge Parish School Board ("Defendant"), certifies that on April 6, 2021, after the Notice of Removal had been filed in the above Court, he delivered executed copies of the Notice to all counsel of record for plaintiff Terry Washington to the address listed below by placing same in an envelope with sufficient postage thereon and depositing said envelope, so stamped and addressed, in the United States mail. The Notice was also transmitted by email.

Further, he delivered on the same day a copy of the Notice of Removal to the Clerk of Court of the 19th Judicial District Court for the Parish of East Baton Rouge, in the matter entitled, *Terry Washington v. East Baton Rouge Parish School Board*, bearing docket number C-705017 in the 19th Judicial District Court, Parish of East Baton Rouge, State of Louisiana, on the docket of said court *via* hand-delivery.

> Jill L. Craft
> W. Brett Conrad, Jr.
> Kaitlin A. Wall
> Jill L. Craft, Attorney at Law, LLC
> 329 St. Ferdinand Street
> Baton Rouge, LA 70802
> jcraft@craftlaw.net
> bconrad@craftlaw.net
> kwall@craftlaw.net

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY: */s/ Michael B. Victorian*
    Shelton Dennis Blunt, Bar Roll No. 21230
    Monica M. Vela-Vick, Bar Roll No. 34803
    Michael B. Victorian, Bar Roll No. 36065
    II City Plaza | 400 Convention Street, Suite 1100
    Baton Rouge, Louisiana 70802
    Telephone: 225 346 0285
    Facsimile: 225 381 9197
    Email: dennis.blunt@phelps.com
    Email: monica.vela-vick@phelps.com
    Email: michael.victorian@phelps.com

ATTORNEYS FOR DEFENDANT EAST BATON ROUGE PARISH SCHOOL BOARD