UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| TERRY WASHINGTON | CIVIL ACTION NO. |
| VERSUS | JUDGE |
| EAST BATON ROUGE PARISH SCHOOL BOARD | MAGISTRATE JUDGE |

### AFFIDAVIT

STATE OF LOUISIANA

PARISH OF EAST BATON ROUGE

Michael B. Victorian, being duly sworn, did depose and say that he is an attorney in the firm of Phelps Dunbar, L.L.P., counsel for Defendant, the East Baton Rouge Parish School Board ("Defendant"); that he has read the foregoing Notice of Removal which was prepared from information furnished by representatives of Defendant; and that all the facts and allegations therein set forth are true and correct to the best of his knowledge, information, and belief.

_____
Michael B. Victorian
La. Bar Roll No. 36065
michael.victorian@phelps.com

SWORN TO AND SUBSCRIBED before me, the undersigned Notary Public in and for the Parish of East Baton Rouge, Louisiana, this 7th day of April, 2021.

_____
Notary Public
Printed Name Mary Carol Waites
Bar Roll/Notary No. 10553
State of Louisiana
My Commission expires upon death.

- 7 -

PD.31819970.1