**SERVICE COPY**

STAFF ATTORNEY
MAR 09 2021



D6016497

# CITATION

| | |
|---|---|
| **TERRY WASHINGTON**<br>(Plaintiff) | NUMBER C-705017   SEC. 26 |
| | 19th JUDICIAL DISTRICT COURT |
| VS | |
| | PARISH OF EAST BATON ROUGE |
| **EAST BATON ROUGE PARISH SCHOOL BOARD**<br>(Defendant) | STATE OF LOUISIANA |

TO:   **EAST BATON ROUGE PARISH SCHOOL BOARD**
      **THROUGH ITS PRESIDENT**
      **MICHAEL GAUDET**
      **1050 SOUTH FOSTER DRIVE**
      **BATON ROUGE, LA 70806**

STAFF ATTORNEY
MAR 08 2021

GREETINGS:

Attached to this citation is a certified copy of the petition*. The petition tells you what you are being sued for.

You must EITHER do what the petition asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleading in the office of the Clerk of Court at 300 North Boulevard, Baton Rouge, Louisiana. If you do not do what the petition asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be rendered against you without further notice.

This citation was issued by the Clerk of Court for East Baton Rouge Parish on **FEBRUARY 26, 2021.**

*Farlisha Mitchell*

*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

**Requesting Attorney: CRAFT, JILL L.**
                      **(225) 663-2612**

*The following documents are attached:
**PETITION FOR DAMAGES, VERIFICATION**

### SERVICE INFORMATION:

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20____, served on the above named party as follows:
**PERSONAL SERVICE:** On the party herein named at _____.

**DOMICILIARY SERVICE:** On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____.

**SECRETARY OF STATE:** By tendering same to the within named, by handing same to _____.

**DUE AND DILIGENT:**    After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

**RETURNED:** Parish of East Baton Rouge, this _____ day of _____, 20____.

SERVICE: $_____
MILEAGE $_____          _____
TOTAL:   $_____          Deputy Sheriff
                              Parish of East Baton Rouge

CITATION-2000

**EXHIBIT 1**

EAST BATON ROUGE PARISH
Filed Feb 24, 2021 1:52 PM
Deputy Clerk of Court
C-705017
26

**19TH JUDICIAL DISTRICT COURT**
**PARISH OF EAST BATON ROUGE**
**STATE OF LOUISIANA**

NUMBER: _____   DIVISION: "____"

**TERRY WASHINGTON**

**VERSUS**

**EAST BATON ROUGE PARISH SCHOOL BOARD**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**PETITION**

The Petition of Terry Washington, a resident of the full age of majority of East Baton Rouge Parish, Louisiana, respectfully represents:

1.

Made defendant herein is East Baton Rouge Parish School Board, a legal entity domiciled in East Baton Rouge Parish, Louisiana, which is justly and truly indebted unto Petitioner for all sums as are reasonable under the premises, liquidated damages as allowed by law, attorney fees, all costs of these proceedings, legal interest thereon from the date of demand until paid, and all such other relief to which Petitioner is entitled at law or in equity.

2.

At all times pertinent hereto, defendant was Petitioner's "employer" within the meaning and intent of Louisiana and federal law and employed greater than five hundred (500) employees, including Petitioner. At all times pertinent hereto, Petitioner was an "employee" of defendant within the meaning and intent of Louisiana and federal law. Petitioner is a male and is fifty-seven (57) years of age.

3.

At all pertinent times hereto, Karen Triche, Principal, and Robert Wells, Assistant Principal, were agents and employees of defendant with immediate and successively higher authority over Petitioner's employment with defendant.

4.

On January 3, 2015, Petitioner began his employment with defendant as head football coach and girl's head track coach at Tara High School. At the time Petitioner was constructively discharged, he held the positions of head football coach and Dean of Students. Throughout Petitioner's employment with defendant, he had a stellar work record with no discipline or any history of reprimands. He also received positive/satisfactory annual performance reviews.

Certified True and Correct Copy
CertID: 2021022601033

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
2/26/2021 4:14 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3)

5.

Beginning in February, 2017, and continuing thereafter until his constructive discharge, Petitioner was subjected to unwelcome, unabated age-based discrimination and harassment by defendant, consisting of, but not limited to, the following:

a. Repeated questioning by Principal Triche as to when Petitioner would retire and threatening that Petitioner must retire, as recently as May 20, 2020;

b. Age-based, derogatory statements and threats by Assistant Principal Wells, including that Petitioner might have a "heart attack" or would get "hurt" while performing his job duties because of his age;

c. Age-based, derogatory statements and threats by Principal Triche, including false accusations that Petitioner was allegedly unable to "relate" or have a "rapport" with younger coaches because of his age;

d. Constant targeting of Petitioner because of his age, including unfounded criticism and false accusations designed to force Petitioner from his job; and

e. Such other incidents as will be more fully shown at trial.

6.

Petitioner repeatedly protested, opposed, reported, and complained about the situation in his working environment to defendant, to no avail.

7.

As a result of Petitioner's protected activities, defendant began retaliating against Petitioner, including retaliatory harassment and constructive discharge. On May 20, 2020, Petitioner met with administrative personnel via Zoom, during which Principal Triche threatened that defendant was waiting on Petitioner to retire. Defendant, through Principal Triche, falsely accused Petitioner of allegedly not having a "rapport" with the football team's younger coaches. As a result, Principal Triche threatened Petitioner by stating that defendant was going to "move forward" without him, that Petitioner needed to retire, and if Petitioner did not retire, the decision would be made for him.

8.

When Petitioner opposed and inquired why defendant was demanding that he retire, Principal Triche falsely claimed Petitioner allegedly could not work with the other coaches.

Certified True and Correct Copy
CertID: 2021022601033

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
2/26/2021 4:14 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3)

However, Petitioner contends that this reason is pretext for defendant's unlawful discrimination, harassment, and retaliation, and represents age-based bias.

9.

Petitioner, after having protested, reported, and complained about the on-going, pervasive age-based harassment/discrimination and retaliation/reprisal in his workplace, had no other reasonable alternative but to resign/retire and was constructively discharged on June 30, 2020.

10.

After Petitioner was constructively discharged, defendant replaced him as head football coach with Hansoni Holland, who is much younger than Petitioner and was thirty-two (32) years of age at the time Holland was hired.

11.

Defendant failed to have in full force and effect an effective policy regarding age-based discrimination/harassment and reprisal/retaliation in the workplace. Defendant failed and/or refused to take any action to remedy the situation in Petitioner's work environment, failed and/or refused to take any action to prevent the age-based discrimination/harassment and/or retaliation/reprisal from occurring, and deliberately failed to address Petitioner's complaints.

12.

The actions and deliberate inactions of defendant constituted illegal discrimination and harassment in violation of the Louisiana's Employment Discrimination Law, La. R.S. 23:301, *et seq.*, ADEA, 29 U.S.C. §623(a), age-based retaliation under the ADEA, 29 U.S.C. §623(d), and reprisal under La. R.S. 23:967, including retaliatory harassment and constructive discharge.

13.

All conditions precedent to suit under the ADEA, 29 U.S.C. §626(d), have been met and/or complied with as on July 23, 2020, Petitioner timely filed a Charge of Discrimination with the EEOC and more than sixty (60) days have passed since his Charge of Discrimination was filed. The EEOC has not yet issued Petitioner a Notice of Right to Sue.

14.

All conditions precedent to suit under Louisiana law have been met and/or complied with as the EEOC Charge of Discrimination Petitioner filed was served on the defendant and Petitioner requested mediation through the EEOC, which defendant declined.

*Farlisha Mitchell*

Certified True and Correct Copy
CertID: 2021022601033

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
2/26/2021 4:14 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3)

15.

As a result of the situation sued upon herein, Petitioner sustained damages which include, but are not limited to, humiliation and embarrassment, severe and extreme emotional distress, mental anguish, past and future lost wages and benefits, past and future medical expenses, loss of earning capacity and job, and all such other damages as will be more fully shown at trial and all for which Petitioner specifically sues for herein.

16.

Petitioner is entitled to and desires an award of attorney fees pursuant to the ADEA and Louisiana law.

17.

Petitioner contends defendant's actions were willfully and knowingly in reckless disregard for Petitioner's rights under the ADEA. Petitioner contends defendant is liable unto him for liquidated damages under the ADEA and for which he sues for herein.

18.

Petitioner is entitled to and desires an award of all litigation costs. Petitioner is entitled to and desires an award of legal interest on all sums from the date of demand until paid.

19.

Petitioner is entitled to and desires an award of all such relief to which he is entitled at law or in equity.

20.

Petitioner is entitled to and desires trial by jury of this matter.

WHEREFORE, Petitioner, Terry Washington, prays for trial by jury and after due proceedings are had that there be judgment herein in his favor and against defendant, East Baton Rouge Parish School Board, for all sums as are reasonable under the premises, liquidated damages as allowed by law, attorney fees, all costs of these proceedings, legal interest thereon from the date of demand until paid, and all such other relief to which he is entitled at law or in equity.



Certified True and Correct Copy
CertID: 2021022601033

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
2/26/2021 4:14 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3)

RESPECTFULLY SUBMITTED,

By: _____
Jill L. Craft, T.A., Bar Roll #20922
W. Brett Conrad, Jr., Bar Roll #37639
Kaitlin A. Wall, Bar Roll # 39462
Jill L. Craft, Attorney at Law, LLC
329 St. Ferdinand Street
Baton Rouge, Louisiana 70802
Telephone: (225) 663-2612

**PLEASE SERVE:**

East Baton Rouge Parish School Board
Through its President
Michael Gaudet
1050 South Foster Drive
Baton Rouge, Louisiana 70806

*Jarlisha Mitchell*

Certified True and
Correct Copy
CertID: 2021022601033

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
2/26/2021 4:14 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3)

EAST BATON ROUGE PARISH  C-705017
Filed Feb 24, 2021 1:52 PM     26
Deputy Clerk of Court

19TH JUDICIAL DISTRICT COURT
PARISH OF EAST BATON ROUGE
STATE OF LOUISIANA

NUMBER: _____   DIVISION: "_____"

TERRY WASHINGTON

**VERSUS**

EAST BATON ROUGE PARISH SCHOOL BOARD

*******************************************************

**VERIFICATION**

STATE OF LOUISIANA
PARISH OF EAST BATON ROUGE

BEFORE ME, the undersigned Notary Public personally came and appeared:

**Terry Washington**

A resident of the full age of majority of East Baton Rouge Parish, Louisiana, who upon being duly sworn, did depose and state that he is the Petitioner in the above and foregoing Petition, that he has read same, and all facts and allegations contained therein are true and correct.

_____
Terry Washington

SWORN TO AND SUBSCRIBED before me, Notary Public, this **23** day of **February** 2021.

_____
Notary Public
W. Brett Conrad, La Bar Roll No. 37639

Certified True and Correct Copy
CertID: 2021022601034

Tarlisha Mitchell
East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
2/26/2021 4:14 PM